1
2
3
4
5
6
7
8
9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                   OAKLAND DIVISION

12

13   UNITED STATES OF AMERICA,        )      No. CR 09-00775-2 SBA
                                      )
14           Plaintiff,               )       ORDER GRANTING STIPULATED
                                      )      REQUEST TO SET CHANGE OF PLEA
15       v.                           )      AND SENTENCING ON JANUARY 22,
                                      )      2013, AND TO EXCLUDE TIME UNDER
16   GLENDY GOMEZ,                    )      THE SPEEDY TRIAL ACT
                                      )
17           Defendant.               )
                                      )
18                                    )
                                      )
19   _____)

20          The parties jointly requested that this matter be set for change of plea and sentencing on

21   January 22, 2013, at 10:00 a.m.  The parties further requested that time be excluded under the

22   Speedy Trial Act between October 2, 2012, and January 22, 2013, to allow time for the Court to

23   consider the proposed plea agreement to be entered into by the defendant and the attorney for the

24   government, and to allow time for the preparation of a Presentence Investigation Report by the

25   United States Probation Office.  Defendant agreed that the Court may review the pre-plea

26   Presentence Investigation Report even though he has not yet pleaded guilty.  Good cause

27   appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(1)(G),

28

1    **IT IS HEREBY ORDERED** that this matter is set for change of plea and sentencing on

2    January 29, 2013, at 10:00 a.m., and that time between October 2, 2012, and January 29, 2013, is

3    excluded under the Speedy Trial Act, specifically, pursuant to 18 U.S.C.

4    § 3161(h)(1)(G), for consideration by the Court of a proposed plea agreement to be entered into

5    by the defendant and the attorney for the government.

6    **IT IS FURTHER ORDERED** that the United States Probation Office shall prepare a

7    Presentence Investigation Report.

8

9    DATED:_10/4/12                                _Saundra B Armstrong_____

10                                                 HON. SAUNDRA BROWN ARMSTRONG
                                                   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. REQUEST TO RESET HEARING
No. CR 09-00775-2 SBA