UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN OCTAVIO LOPEZ and<br>GLENDY GOMEZ,<br><br>    Defendants. | No. CR 09-00775 SBA<br><br>[PROPOSED] ORDER VACATING THE<br>OCTOBER 9, 2012 STATUS HEARING |

    The parties have proffered to the Court that they have reached a pretrial resolution in this matter and have set a date to appear before the District Judge on January 22, 2013. Therefore, IT IS HEREBY ORDERED that the status hearing set for October 9, 2012, is VACATED.

DATED: 5 Oct 12

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

No. CR 09-00775 SBA