Randall Knox, State Bar No. 113166
870 Market Street, Suite 820
San Francisco, CA 94102
(415) 765-7500
Attorney for Glendy Gomez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-09-00775 SBA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TAKING MATTER OFF CALENDAR AND REQUESTING REFERRAL TO MAGISTRATE** |
| v. | |
| GLENDY GOMEZ, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** between Randall Knox, counsel for defendant Glendy Gomez, and counsel for the United States, Assistant U.S. Attorney Christina McCall, that the matter herein may be taken off the calendar for January 29, 2013, and referred to Magistrate Judge Westmore for change of plea on January 28, 2013, at 9:30 a.m.

Dated: January 22, 2013    Respectfully submitted,

_/s/_____
Randall Knox
Attorney for Glendy Gomez

Dated: January 22, 2013    _/s/_____
Christina McCall
Assistant U.S. Attorney

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: 1/23/13

Sandra Brown Armstrong
U.S. District Judge

1

# PROOF OF ELECTRONIC SERVICE

U.S. v. Glendy Gomez                                          No. CR-09-00775 SBA

I, the undersigned, declare: I am a citizen of the United States, over the age of eighteen years and am not a party to the within action. My business address is 870 Market Street, Suite 820, San Francisco, CA 94102. I served a true copy of the attached **STIPULATION AND ORDER TAKING MATTER OFF CALENDAR AND REQUESTING REFERRAL TO MAGISTRATE** upon the below named persons at the address given below by e-filing on January 22, 2013.

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in the City and County of San Francisco, CA on the date next given below.

**Christina McCall, Esq.**
**Assistant U.S. Attorney**
**1301 Clay Street**
**Oakland, CA 94612**

Dated: January 22, 2013

                                                __/s/_____
                                                Randall Knox