1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  CHRISTINA McCALL (CABN 234139)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, CA 94612
      Telephone: (510) 637-3680
7     Fax: (510) 637-3724
      E-Mail: christina.mccall@usdoj.gov
8
9  Attorneys for the United States of America

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   No. CR-09-0775 SBA
                                     )
14          Plaintiff,               )   STIPULATED REQUEST TO SET
                                     )   CHANGE OF PLEA BEFORE
15      v.                           )   MAGISTRATE JUDGE WESTMORE ON
                                     )   JANUARY 29, 2013 AND ORDER
16  JUAN OCTAVIANO LOPEZ,            )
                                     )   Date:      January 29, 2013
17          Defendant.               )   Time:      10:00 a.m.
                                     )   Court:     Hon. Saundra Brown
18                                   )              Armstrong
                                     )
19  _____)

20          The above-captioned matter is set on January 29, 2013 before this Court for change of

21  plea and sentencing. The parties request that this Court vacate that date as to defendant Juan

22  Octaviano Lopez and set this matter for change of plea on January 29, 2013 at 9:30 a.m. before

23  the Hon. Kandis A. Westmore.

24  //

25  //

26  //

27  //

28  //

Counsel for defendant Lopez was recently sent out for trial in state court beginning this week, so there is a possibility the parties will need to submit another stipulation requesting another date if defense counsel is not available on January 29.

DATED: January 25, 2013

_____/s/_____          _____/s/_____
CHRISTINA McCALL                      ERIK BABCOCK
Assistant United States Attorney      Counsel for Juan Lopez
Counsel for United States

    **IT IS HEREBY ORDERED** that this matter as to defendant Juan Octaviano Lopez is set for change of plea on January 29, 2013 at 9:30 a.m. before the Hon. Kandis A. Westmore.

DATED:__1/25/13          _____
                         HON. SAUNDRA BROWN ARMSTRONG
                         United States District Court Judge

STIP. REQ. TO SET CHANGE OF PLEA ON JANUARY 29, 2013
No. CR-09-0775 SBA