MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: christina.mccall@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN OCTAVIANO LOPEZ,<br><br>    Defendant. | No. CR-09-0775 SBA<br><br>STIPULATED REQUEST TO SET CHANGE OF PLEA BEFORE MAGISTRATE JUDGE RYU ON FEBRUARY 4, 2013 AND [~~PROPOSED~~] ORDER<br><br>Date:   January 29, 2013<br>Time:   9:30 a.m.<br>Court:  Hon. Kandis A. Westmore |

    The above-captioned matter is set on January 29, 2013 before this Court for change of plea. The parties request that this Court vacate that date as to defendant Juan Octaviano Lopez and set this matter for change of plea on February 4, 2013 at 9:30 a.m. before the Hon. Donna M. Ryu.

//

//

//

//

//

STIP. REQ. TO SET CHANGE OF PLEA ON JANUARY 29, 2013
No. CR-09-0775 SBA

Counsel for defendant Lopez is in trial in Alameda County this week and is not available until February 4, 2013.

DATED: January 29, 2013

_____/s/_____  _____/s/_____
CHRISTINA McCALL  ERIK BABCOCK
Assistant United States Attorney  Counsel for Juan Lopez
Counsel for United States

**IT IS HEREBY ORDERED** that this matter as to defendant Juan Octaviano Lopez is set for change of plea on February 4, 2013 at 9:30 a.m. before the Hon. Donna M. Ryu.

DATED: 1/29/13  _____
HON. KANDIS A. WESTMORE
United States Magistrate Court Judge