UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN OCTAVIANO LOPEZ,<br><br>Defendant. | Case No: CR 09-0775 SBA<br><br>**ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION REGARDING GUILTY PLEA**<br><br>Docket 155 |

On January 25, 2013, the Court referred this matter to Magistrate Judge Westmore for a report and recommendation on the acceptance of Defendant's guilty plea. Dkt. 127. On January 29, 2013, Magistrate Judge Westmore issued an order granting the parties' request to set this matter for a change of plea before Magistrate Judge Ryu ("the magistrate") on February 4, 2013. Dkt. 133. On February 19, 2013, the Defendant appeared before the magistrate and, with the assistance of counsel, waived his right to enter a guilty plea before a district judge and instead consented to enter his plea in a hearing before the magistrate. See Dkt. 155. The magistrate conducted a full hearing in the manner set forth in Federal Rule of Criminal Procedure 11. Id. After the advisements set forth in Rule 11, the Defendant entered a guilty plea in open court. Specifically, the Defendant pled guilty pursuant to a written plea agreement to Count Two of the First Superseding Indictment charging Defendant with possession with intent to distribute, and distribution of, methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii). Id. The magistrate found that Defendant was fully competent and capable of entering an informed plea, that he was aware of the nature of the charges and the consequences of the guilty plea,

| | |
|---|---|
| 1 | and that the guilty plea was knowing and voluntary and supported by an independent |
| 2 | factual basis.  Id. |

      On February 19, 2013, the magistrate issued a Report and Recommendation Regarding Guilty Plea.  Dkt. 144.  On May 8, 2013, the magistrate issued an Amended Report and Recommendation Regarding Guilty Plea in which she recommends that this Court accept Defendant's guilty plea.  Dkt. 155.  The Amended Report and Recommendation advises the parties that they may serve and file specific written objections to the order within fourteen days after being served with a copy of the order.  Id.  No written objections to the Amended Report and Recommendation were filed prior to the hearing.  At the July 2, 2013 sentencing hearing in this matter, the parties indicated that they have no objections to the Amended Report and Recommendation.  Accordingly,

      IT IS HEREBY ORDERED THAT the magistrate's Amended Report and Recommendation (Dkt. 155) is ACCEPTED, the Defendant's guilty plea is accepted, and the magistrate's Amended Report and Recommendation shall become the order of this Court.

      IT IS SO ORDERED.

Dated:      7/2/13

                                           SAUNDRA BROWN ARMSTRONG
                                           United States District Judge